

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-20-00012-CV

**IN RE J.H.** and C.H.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On January 8, 2020, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought required further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real parties in interest may file a response to the petition in this court **no later than February 3, 2020**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 23, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01669, styled *In the Interest of L.S.R., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.